It is so Ordered.
s/John R. Adams
U.S. District Judge
10/12/10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| SANDRA DIXON | ) | CASE NO. 5:09-CV-02250 |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| -vs- | ) | **Fed.R.Civ P. 41(a)(1)(A)(ii)** |
| | ) | **STIPULATION OF DISMISSAL** |
| SERVPRO, etc, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Sandra Dixon and Defendants, ServPro of Northern Summit County and Jack Sincere by and through their undersigned counsel, hereby stipulate and agree that all claims relative to the above-referenced case be dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), without prejudice. The parties will bear their own costs.

Respectfully Submitted:

*/s/ Robert A. Pecchio*
Robert A. Pecchio, Esq. (0025282)
**THE LAW OFFICES OF THE
ROBERT A. PECCHIO CO., LPA.**
2305 E. Aurora Rd., Suite A-1
Twinsburg, Ohio 44087-1940
Phone: (330) 963-6600
Fax: (330) 963-6650

*Attorney for Plaintiff, Sandra Dixon*

*/s/ Glenn Jones, Esq. (per telephonic consent)*
Glenn Jones, Esq. (0008416)
321 North Broadway
Medina, OH 44256
330.722.9099 (p)
330.722.9098 (f)

*Attorney for Defendant, ServPro*